```
                                    FILED
                                  JAN 15 2008
                            CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 131-JLS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JESUS GARCIA-GONZALEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 17, 2007, within the Southern District of California, defendant JESUS GARCIA-GONZALEZ, did knowingly and intentionally import approximately 18.80 kilograms (41.36 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 15, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
1/14/08